UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO:  4:25-CR-12 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAHMZ RANSOM** | ) | |

## ORDER

Application for leave of absence has been requested by Makeia R. Jonese, Special Assistant United States Attorney, for August 20, 2025, through August 26, 2025, for the purpose of out-of-district work travel.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 16th day of May 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA